■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER WILSON, Defendant-Appellant. [660 NYS2d 977] —Judgment, Supreme Court, Bronx County (Efrain Alvarado, J.), rendered May 3, 1995, convicting defendant, after a jury trial, of murder in the second degree and manslaughter in the first degree, and sentencing him to concurrent terms of 25 years to life and 8⅓ to 25 years, respectively, unanimously affirmed.

The court properly denied defendant's request to be present at sidebar discussions regarding the scope of cross-examination,

since they concerned only matters of law (*see, People v Rodriguez*, 85 NY2d 586, 591), and there existed no "potential for [defendant's] meaningful participation" (*supra,* at 591). These discussions did not involve "factual matters about which defendant might have peculiar knowledge that would be useful in advancing the defendant's or countering the People's position" (*People v Dokes*, 79 NY2d 656, 660). Concur—Milonas, J. P., Nardelli, Williams, Mazzarelli and Andrias, JJ.